**RECEIVED**
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 12/07/11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **VINCENT MICHAEL MARINO** | DOCKET NO. 11-1763; SEC. P |
| **VERSUS** | JUDGE JAMES T. TRIMBLE JR. |
| **WARDEN** | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 be **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 27th day of December, 2011.

~~DEE D. DRELL~~ JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE